## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| K&L PROPERTIES, LLC,<br>          **Plaintiff,**<br><br>          v.<br><br>KEYBANK, N.A.,<br>KEYBANK REAL ESTATE CAPITAL,<br>KCM PAYMENT CLEARING, and<br>WELLS FARGO BANK, N.A., as Trustee<br>for the Registered Holders of Sutherland<br>Commercial Mortgage Trust 2021-SBC10<br>Commercial Pass Through Certificates<br>Series 2021-SBC10,<br>          **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  24-5696 |

## O R D E R

**AND NOW**, this 6th day of February, 2026, upon consideration of the Motion to Dismiss of Defendants Wells Fargo Bank, N.A. as Trustee for the Registered Holders of Sutherland Commercial Mortgage Trust 2021-SBC10 Commercial Pass Through Certificates Series 2021-SBC10 ("Wells Fargo"), KeyBank N.A. ("KeyBank"), KeyBank Real Estate Capital ("Key Capital"), and KCM Payment Clearing ("KCM") (ECF Nos. 24, 25, 28) and Plaintiff K&L Properties, LLC's response thereto (ECF Nos. 26, 27), **IT IS ORDERED** that Defendants' Motion to Dismiss is **GRANTED WITH PREJUDICE** as to Key Capital and KCM and **GRANTED WITHOUT PREJUDICE** as to KeyBank and Wells Fargo. The Deputy Clerk shall mark the case closed.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**
_____
   **HODGE, KELLEY B., J.**